# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-308 CJC (MRW) | Date | March 13, 2014 |
|---|---|---|---|
| Title | Collins v. United States | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

In December 2013, the Court issued a scheduling order to the parties in this prisoner civil rights action. (Docket # 30.) That order required each party to file a case management report by or before March 3, 2014, setting forth the party's position on a variety of issues central to the case. Defendants filed a timely report. (Docket # 33.) However, to date, Plaintiff has not. Plaintiff's failure to do so raises serious concerns about his ability to properly pursue this lawsuit or abide by this Court's orders.

Therefore, IT IS ORDERED that Plaintiff show cause why the Court should not impose sanctions (financial, evidentiary, or case terminating) on Plaintiff under Federal Rule of Civil Procedure 11 and the Local Rules of Court based on his failure to file the case management report. Plaintiff must file a sworn declaration explaining his conduct _and_ his case management report with the Court by or before April 2, 2014. After that, the Court will take the matter under submission.

**Plaintiff is informed that the failure to file a timely response to this order may result in a recommendation that the action be dismissed with prejudice for failure to follow court orders and failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).**