JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODRICK COLLINS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROSS QUINN, et al.<br><br>　　　　Defendants. | Case No. ED CV 13-308 CJC (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Judgment be entered in favor of Defendants.

DATE: October 30, 2015　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE